UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD R. CARROLL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:00CV864 RWS |
| MICHAEL SISCO, et al., | ) |
| Defendants. | ) |

## ORDER

In order to avoid the appearance of impropriety, the undersigned has determined that he should disqualify himself pursuant to 28 U.S.C. § 455 from handling any matter in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer this case to another Judge.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of October, 2002.

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/15/02 by cahring
4:00cv864    Carroll vs Sisco

28:1331 Fed. Question

Gerald Carroll -
Reg #21533-044
USP-LEAVENWORTH
P.O. Box 1000
Leavenworth, KS   66048

Peter Dunne -  3025           Fax: 314-421-3144
Robert Fox  -  3131           Fax: 314-615-3732

Andrew Williams -  54044
BERG AND BORGMANN
101 S. Hanley Road
Suite 1280
Clayton, MO   63105

SCANNED & FAXED BY:
OCT 15 2002
KH