**UNITED STATES DISTRICT COURT**
**MEMORANDUM**

Date:  December 19, 2012
To:    Gerald R. Carroll; Attorneys Diane Peters, Michael E. Hughes, Thomas J. Goeddel, Patricia A. Hageman, Bart A. Matanic, Philip Sholtz, and Thomas D. Smith
From: Judge Kornmann
Re:    Carroll v. Dolan, CIV 00-00864

    In the Court's Order Fixing Trial Dates (Doc. # 295), I required that the parties submit a trial brief to the Court and to opposing counsel no later than 10 working days before trial. After further consideration, I find that the parties are no longer required to file a trial brief with the Court. You may, however, file a trial brief and proposed jury instructions if you so choose.

    If you have any questions, please let me know.

*Charles B. Kornmann*

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 Fourth Avenue SE, Suite 408
Aberdeen, SD 57401