# UNITED STATES DISTRICT COURT
## MEMORANDUM

Date: December 19, 2012
To: Gerald R. Carroll; Attorneys Diane Peters, Michael E. Hughes, Thomas J. Goeddel, Patricia A. Hageman, Bart A. Matanic, Philip Sholtz, and Thomas D. Smith
From: Judge Kornmann
Re: Carroll v. Dolan, CIV 00-00864

    In the Court's Order Fixing Trial Dates (Doc. # 295), I required that the parties submit a trial brief to the Court and to opposing counsel no later than 10 working days before trial. After further consideration, I find that the parties are no longer required to file a trial brief with the Court. You may, however, file a trial brief and proposed jury instructions if you so choose.

    If you have any questions, please let me know.

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 Fourth Avenue SE, Suite 408
Aberdeen, SD 57401